# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# CASE NO. 5:16-cv-00298-BO

| | |
|---|---|
| GARY and ANNE CHILDRESS, RUSSELL and SUZANNAH HO, and MICHAEL CLIFFORD *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> JP MORGAN CHASE & CO., JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A. and CHASE BANKCARD SERVICES, INC., <br><br> Defendants. | **NOTICE OF PROVISIONAL FILING UNDER SEAL** |

NOTICE is hereby given pursuant to the Court's Stipulated Protective Order, DE 37, Local Civil Rule 79.2, and Section G of the CM/ECF Policy Manual (formerly Section T), that Plaintiffs seek to file material that has been designated "confidential" by Defendants and have provisionally filed such material under seal, specifically, Exhibit 5 to the Declaration of Knoll Lowney, DE 46-4, and reference thereto in the Memorandum in Support of Plaintiffs' Motion to Compel, DE 45 at pages 10-11.

This the 12th day of May, 2017.

                                                **SHANAHAN LAW GROUP, PLLC**

By:   */s/ Brandon S. Neuman*
        Kieran J. Shanahan, NCSB# 13329
        Brandon S. Neuman, NCSB# 33590
        Christopher S. Battles, NCSB# 42682
        128 E. Hargett Street, Third Floor
        Raleigh, North Carolina 27601
        Telephone: (919) 856-9494
        Facsimile: (919) 856-9499
        kieran@shanahanlawgroup.com

1

bneuman@shanahanlawgroup.com
cbattles@shanahanlawgroup.com

**SMITH & LOWNEY, PLLC**

By: */s/ Knoll D. Lowney*
Knoll D. Lowney, WSBA# 23457
2317 E. John Street
Seattle, Washington 98112
Telephone: (206) 860-2883
Facsimile: (206) 860-4187
knoll@smithandlowney.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Notice of Provisional Filing Under Seal** has been electronically filed with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to the following:

> R. Scott Adams
> Spilman Thomas & Battle, PLLC
> 110 Oakwood Drive, Suite 500
> Winston-Salem, NC 27103
>
> Alan E. Schoenfeld
> Wilmer Cutler Pickering Hale and Dorr LLP
> 7 World Trade Center
> 250 Greenwich Street
> New York, NY 10007

This the 12th day of May, 2017.

**SMITH & LOWNEY, PLLC**

By: */s/ Knoll D. Lowney*
Knoll D. Lowney, WSBA# 23457
2317 E. John Street
Seattle, Washington 98112
Telephone: (206) 860-2883
Facsimile: (206) 860-4187
knoll@smithandlowney.com

**SHANAHAN LAW GROUP, PLLC**

By: */s/ Brandon S. Neuman*
Kieran J. Shanahan, NCSB # 13329
Brandon S. Neuman, NCSB # 33590
Christopher S. Battles, NCSB # 42682
128 E. Hargett Street, Third Floor
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
Facsimile: (919) 856-9499
kieran@shanahanlawgroup.com
bneuman@shanahanlawgroup.com
cbattles@shanahanlawgroup.com

*Local Rule 83.1 Counsel*
Knoll D. Lowney, WSB# 23457