IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GARY AND ANNE CHILDRESS, <br> RUSSELL AND SUZANNAH HO, and <br> MICHAEL CLIFFORD, *on behalf of* <br> *themselves and others similarly situated*, <br> <br> **Plaintiffs,** <br> <br> v. <br> <br> JPMORGAN CHASE & CO., <br> JPMORGAN CHASE BANK, N.A., <br> CHASE BANK USA, N.A., and CHASE <br> BANKCARD SERVICES, INC., <br> <br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 5:16-CV-298-BO |

## NOTICE OF SELECTION OF MEDIATOR BY CONSENT

Defendants, by and through counsel, pursuant to Loc. Civ. R. 101.1c(a) and the Court's Order dated October 31, 2016 (ECF No. 34), and upon consent of the parties, give notice of selection of a mediator as set out below.

Name and Address of Mediator:

>Hon. Edward A. Infante (Ret.)
>Email: einfante@jamsadr.com
>Two Embarcadero Center
>Suite 1500
>San Francisco, CA 94111
>Telephone: 415.982.5267
>Facsimile: 415.982.5287

The undersigned certifies that he has sent this notice to the Court for filing and has mailed a copy of the notice to the mediator named above.

1

Respectfully submitted, this the 22nd day of May, 2017.

        WILMER CUTLER PICKERING HALE AND
           DORR LLP

By:   */s/ Alan E. Schoenfeld*
     Alan E. Schoenfeld, NY State Bar No. 4500898
     E-mail: alan.schoenfeld@wilmerhale.com
     7 World Trade Center
     250 Greenwich St.
     New York, New York 10007
     Telephone: 212.937.7294
     Facsimile: 212.230.8888

and

SPILMAN THOMAS & BATTLE, PLLC
     Nathan B. Atkinson, NC State Bar No. 27695
     E-mail: natkinson@spilmanlaw.com
     110 Oakwood Drive, Suite 500
     Winston-Salem, North Carolina 27103
     Telephone: 336.725.4496
     Facsimile: 336.725.4476

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Alan E. Schoenfeld, hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case, including counsel for Plaintiffs:

Brandon S. Neuman
Christopher S. Battles
Kieran J. Shanahan
Shanahan Law Group, PLLC
128 E. Hargett Street, Third Floor
Raleigh, North Carolina 27601
919.856.9494
kieran@shanahanlawgroup.com

Eric Knoll Lowney
SMITH & LOWNEY, PLLC
2317 East John Street
Seattle, Washington 98112
206.860.2883
knoll@igc.org

Dated: May 22, 2017

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld, NY State Bar No. 4500898
E-mail: alan.schoenfeld@wilmerhale.com
7 World Trade Center
250 Greenwich St.
New York, New York 10007
Telephone: 212.937.7294
Facsimile: 212.230.8888

*Counsel for Defendants*