IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-298-BO

| | | |
|---|---|---|
| GARY and ANNE CHILDRESS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JPMORGAN CHASE & CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiffs' motion to modify the scheduling order and motion to compel. [DE 42 & 44]. Defendants have filed a supplemental response to the motion to modify stating that they no longer oppose the relief requested. [DE 64]. For good cause shown, and without opposition from defendants, the motion to modify the scheduling order and to extend the time to complete discovery is GRANTED. Fact discovery shall close in this case on February 11, 2018; expert discovery on liability shall close on March 25, 2018; and any dispositive motions shall be filed not later than July 24, 2018. In light of the foregoing, the Court DENIES WITHOUT PREJUDICE plaintiffs' motion to compel. The parties are ORDERED to meet and confer to address the motion to compel and to utilize the additional discovery period to come to an agreement as to the issues raised therein.

SO ORDERED, this 24 day of June, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE