IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:16-CV-298-BO

| | |
|---|---|
| GARY AND ANNE CHILDRESS, RUSSELL AND SUZANNAH HO, and MICHAEL CLIFFORD, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., and CHASE BANKCARD SERVICES, INC.,<br><br>Defendants. | |

## DEFENDANTS' UNOPPOSED MOTION TO DISMISS PLAINTIFF MICHAEL CLIFFORD FOR FAILURE TO PROSECUTE

Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., and Chase Bankcard Services, Inc. (collectively, "Defendants"), through counsel, hereby respectfully move pursuant to Federal Rules of Civil Procedure 37(d) and 41(b) to dismiss Michael Clifford ("Clifford") as a plaintiff and putative class representative in this action due to his failure to prosecute, without prejudice only to his right to participate in this action as a member of a class if one should be later certified. The grounds for this motion are more fully set forth in the accompanying Memorandum in Support of Defendants' Unopposed Motion to Dismiss Plaintiff Michael Clifford for Failure to Prosecute.

Dated: August 24, 2017.                          Respectfully submitted,

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld, NY State Bar No. 4500898

WILMER CUTLER PICKER
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, New York 10007
212-230-8800
alan.schoenfeld@wilmerhale.com

and

Nathan Atkinson, NC State Bar No. 27695
SPILMAN THOMAS & BATTLE, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, North Carolina 27103
336-631-1055
natkinson@spilmanlaw.com

*Attorneys for defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., and Chase Bankcard Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, the foregoing document has been electronically filed using the CM/ECF system, which will send notification of such filing to the following:

Kieran J. Shanahan
Shanahan Law Group, PLLC
128 E. Hargett Street, Third Floor
Raleigh, North Carolina 27601
919-856-9494
kieran@shanahanlawgroup.com

Knoll D. Lowney
Smith & Lowney, PLLC
2317 E. John Street
Seattle, Washington 98112
206-860-2883
knoll@smithandlowney.com

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld