IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-298-BO

| | |
|---|---|
| GARY and ANNE CHILDRESS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JPMORGAN CHASE & CO., *et al.*, ) <br> ) <br> ) <br> Defendants. ) | **O R D E R** |

This matter is before the Court on the parties' joint motion to stay consideration of plaintiffs' pending motions pending the outcome of mediation between the parties. [DE 155]. For good cause shown, the joint motion is GRANTED. The motions to certify class and to compel [DE 80, 109, 128 & 102] are DENIED WITHOUT PREJUDICE, with permission to refile in the event the matters are not resolved through mediation. The motions to seal filed by JPMorgan Chase [DE 84, 86, 117, 133] are GRANTED.

In light of the above, this action is hereby STAYED. The clerk is DIRECTED to remove this case from the Court's active docket while the parties pursue mediation. At the close of ninety days from the date of entry of this order, or earlier if mediation is successful or reaches an impasse, the parties shall file a joint notice and status report detailing what issues, if any, remain to be adjudicated. On the filing of the joint notice and status report, the clerk shall return the case to the Court's active docket without further order of the Court.

SO ORDERED, this _18_ day of May, 2018.

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE