IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:16-CV-298-BO

| | |
|---|---|
| GARY AND ANNE CHILDRESS, RUSSELL AND SUZANNAH HO, and MICHAEL CLIFFORD, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., and CHASE BANKCARD SERVICES, INC.,<br><br>Defendants. | NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR A PARTIAL STAY PENDING RULE 23(f) PETITION FOR PERMISSION TO APPEAL |

On July 18, 2019, defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., and Chase Bankcard Services, Inc., by and through their undersigned counsel, moved this Court for an order staying the disclosure of the class list and classmembers' confidential financial information pending resolution of Chase's Rule 23(f) Petition for Permission to Appeal, filed on July 15, 2019, in the United States Court of Appeals for the Fourth Circuit. Plaintiffs filed their opposition to this motion for a partial stay on August 15, 2019. On August 20, 2019, the Court of Appeals for the Fourth Circuit denied Chase's Rule 23(f) Petition for Permission to Appeal. Accordingly, Chase, through counsel, hereby respectfully withdraws its motion for a partial stay.

Dated:  August 26, 2019						Respectfully submitted,

							/s/ Pressly M. Millen
							Pressly M. Millen, NC State Bar No. 16178
							WOMBLE BOND DICKINSON (US) LLP
							555 Fayetteville Street, Suite 1100
							Raleigh, North Carolina 27601
							919-755-2100
							press.millen@wbd-us.com

							Alan E. Schoenfeld, NY State Bar No. 4500898
							WILMER CUTLER PICKERING
							   HALE AND DORR LLP
							7 World Trade Center
							250 Greenwich Street
							New York, New York 10007
							212-230-8800
							alan.schoenfeld@wilmerhale.com

							Adam M. Cambier, MA State Bar No. 690525
							WILMER CUTLER PICKERING
							   HALE AND DORR LLP
							60 State Street
							Boston, Massachusetts 02109
							617-526-6000
							adam.cambier@wilmerhale.com

							*Attorneys for Defendants JPMorgan Chase & Co.,*
							*JPMorgan Chase Bank, N.A., Chase Bank USA, N.A.,*
							*and Chase Bankcard Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, the foregoing document has been electronically filed using the CM/ECF system, which will send notification of such filing to the following:

Kieran J. Shanahan
Brandon S. Neuman
Christopher S. Battles
Shanahan Law Group, PLLC
128 E. Hargett Street, Third Floor
Raleigh, North Carolina 27601
919-856-9494
kieran@shanahanmcdougal.com
bneuman@shanahanmcdougal.com
cbattles@shanahanmcdougal.com

Knoll D. Lowney
Smith & Lowney, PLLC
2317 E. John Street
Seattle, Washington 98112
206-860-2883
knoll@smithandlowney.com

Mark A. Griffin
Raymond J. Farrow
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
206-623-1900
mgriffin@kellerrohrback.com
rfarrow@kellerrohrback.com

/s/ Pressly M. Millen
Pressly M. Millen