# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# CASE NO. 5:16-CV-298-BO

| | |
|---|---|
| GARY AND ANNE CHILDRESS, RUSSELL AND SUZANNAH HO, MICHAEL CLIFFORD, DAVID CAVENDER, RUSTY DAVIS, CHRISTOPHER DERINGER, CHRISTINA DUNCAN, ROBIN HINSON, AND DAVID ORTIZ, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A., and CHASE BANK USA, N.A., <br><br> Defendants. | **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY** |

NOW COME Plaintiffs and Class Representatives Gary and Anne Childress, Russell and Suzannah Ho, Michael Clifford, David Cavender, Rusty Davis, Christopher Deringer, Christina Duncan, Robin Hinson, and David Ortiz (collectively "Plaintiffs"), by and through counsel, and hereby respectfully move, pursuant to Federal Rule of Civil Procedure 56, for partial summary judgment and declaratory relief establishing Defendants JP Morgan Chase Bank, N.A.'s and Chase Bank USA, N.A.'s (collectively "Chase's") liability for violating the Servicemembers Civil Relief Act ("SCRA") and breaching their contract with Plaintiffs.

Specifically, Plaintiffs seek an order from the Court that:

(1)  Chase is estopped from arguing that class members whom it accepted into its SCRA benefits program were not eligible for SCRA benefits or did not meet the SCRA's criteria for interest rate benefits.

(2) The 6 percent per year interest rate limitation of Section 527 of the SCRA, 50 U.S.C. § 3937, mandates 6 percent simple interest rather than compound interest.

(3) Chase violated 50 U.S.C. § 3937 by charging interest in excess of 6 percent per year on class members' SCRA-eligible credit card debt.

(4) The following promises Chase made to class members are enforceable in contract:

    (a) Between the dates of January 1, 2005 and November 10, 2012, that Chase would apply a maximum annual percentage rate of 6 percent interest to class members' credit card balances existing at the time they began active duty and balances incurred during active duty, and that Chase would waive all fees during this same period;

    (b) Between the dates of November 11, 2012 and April 2, 2013, that Chase would apply a maximum annual percentage rate of 6 percent interest to class members' credit card balances existing at the time they began active duty and balances incurred during active duty and one year following the end of active duty, and that Chase would waive all fees during this same period; and

    (c) Between the dates of April 3, 2013 and the present, that Chase would apply a maximum annual percentage rate of 4 percent interest to class members' credit card balances existing at the time they began active duty and balances incurred during active duty and the year following the end of active duty, and that Chase would waive all fees during this same period.

(5) Chase breached its contractual promises to lower interest rates on class members' credit card balances existing at the time they began active duty and balances incurred during active duty and waive all fees during the same time periods.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment on Liability, Plaintiffs' Local Civil Rule 56.1 Statement of Material Facts and its Appendix, to which is attached the affidavits of Retired Lieutenant Colonel Gregory Huckabee, former Army Reserves Captain Brian Echard, retired Air Force Colonel John Odom, Don Coker, and Jonathan Shefftz, and the declaration of Knoll Lowney, and the exhibits thereto.

Respectfully submitted, this the 1st day of April, 2020.

          **SHANAHAN LAW GROUP, PLLC**

By:   */s/ Kieran J. Shanahan*
      Kieran J. Shanahan, NCSB# 13329
      Brandon S. Neuman, NCSB# 33590
      Christopher S. Battles, NCSB#42682
      128 E. Hargett Street, Third Floor
      Raleigh, North Carolina 27601
      Telephone: (919) 856-9494
      Facsimile: (919) 856-9499
      kieran@shanahanlawgroup.com
      bneuman@shanahanlawgroup.com
      cbattles@shanahanlawgroup.com

          **SMITH & LOWNEY PLLC**

By:   */s/ Knoll D. Lowney*
      Knoll D. Lowney, WSBA# 23457
      Claire Tonry, WSBA# 44497
      2317 E. John Street
      Seattle, Washington 98112
      Telephone: (206) 860-2883
      Facsimile: (206) 860-4187
      knoll@smithandlowney.com

claire@smithandlowney.com

**KELLER ROHRBACK L.L.P.**

By:   */s/ Mark. A Griffin*
Mark A. Griffin, WSBA# 16296
Raymond J. Farrow, WSBA#31782
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-2284
mgriffin@kellerrohrback.com
rfarrow@kellerrohrback.com
*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY has been electronically filed with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to the following:

> Nathan B. Atkinson
> Spilman Thomas & Battle, PLLC
> 110 Oakwood Drive, Suite 500
> Winston-Salem, NC 27103
>
> Alan E. Schoenfeld
> Adam M. Cambier
> Wilmer Cutler Pickering Hale and Dorr LLP
> 7 World Trade Center
> 250 Greenwich Street
> New York, NY 10007
>
> Pressley M. Millen
> Womble Bond Dickinson, LLP
> 555 Fayetteville Street, Suite 1100
> Raleigh, NC 27601

This the 1st day of April 2020.

> By: */s/ Claire Tonry*
> Claire Tonry, WSBA No. 44497
> 2317 E. John Street
> Seattle, Washington 98112
> Telephone: (206) 860-2883
> Facsimile: (206) 860-4187
> Email: claire@smithandlowney.com

5

Case 5:16-cv-00298-BO   Document 333   Filed 04/01/20   Page 5 of 5