IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-298-BO

GARY AND ANNE CHILDRESS, RUSSELL AND SUZANNAH HO, MICHAEL CLIFFORD, DAVID CAVENDER, RUSTY DAVIS, CHRISTOPHER DERINGER, CHRISTINA DUNCAN, ROBIN HINSON, AND DAVID ORTIZ, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., and CHASE BANK USA, N.A.,

Defendants.

ORDER

For good cause shown, the joint request for temporary stay [DE 343] is GRANTED and IT IS ORDERED that the matter and all associated deadlines are stayed for a period of no more forty-five (45) days to allow the parties to finalize the settlement agreement and move for preliminary approval.

It is so ordered this the __27__ day of April, 2020.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE