# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## No. 5:16-CV-298-BO

| | |
|---|---|
| **GARY AND ANNE CHILDRESS, RUSSELL AND SUZANNAH HO, MICHAEL CLIFFORD, DAVID CAVENDER, RUSTY DAVIS, CHRISTOPHER DERINGER, CHRISTINA DUNCAN, ROBIN HINSON, AND DAVID ORTIZ, on behalf of themselves and others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**JPMORGAN CHASE BANK, N.A., and CHASE BANK USA, N.A.,**<br><br>Defendants. | **NOTICE OF REQUEST PURSUANT TO SUPPLEMENTAL PROTECTIVE ORDER** |

Defendants JPMorgan Chase Bank, N.A., and Chase Bank USA, N.A. (collectively, "Defendants"), pursuant to the Supplemental Protective Order entered by the Court on January 15, 2020, ECF No. 314 (the "Supplemental Protective Order"), hereby respectfully request that this Court return certain exhibits containing information from the Office of the Comptroller of the Currency (the "OCC") that was filed in the course of litigation. In support of this request, Defendants state as follows:

1. Paragraph 7 of the Supplemental Protective Order requires that, with respect to any and all OCC-related information and materials exchanged during the course of discovery and litigation of this matter, all parties must destroy any and all OCC documents and information and certify to the Comptroller that such records have been destroyed. ECF No. 314 ¶ 7. It further provides that "counsel for Defendant[s], pursuant to 12 CFR 4.39(c), shall retrieve any records covered by this Order that may have been filed with the Court." *Id.*

2. Pursuant to Paragraph 7, Defendants now request that the Court return all OCC-related documents that were filed under seal with chambers and that contain OCC-related information and materials protected by the Supplemental Protective Order. If granted, the Court would accordingly return

any and all copies of Exhibits 16-20, 22, 37, 51, 53, 56-57, and 62 to the Declaration of Knoll Lowney in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 338-1).

3.     Defendants have conferred with Plaintiffs regarding Defendants' request. Plaintiffs agree that Exhibits 16-20, 22, 37, 51, 53, 56-57, and 62 to the Declaration of Knoll Lowney in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 338-1) are subject to Defendants' retrieval from the Court pursuant to Paragraph 7 of the Supplemental Protective Order, and accordingly, do not object to Defendants requesting the return of those exhibits per the Supplemental Protective Order.

Wherefore, Defendants respectfully request this Court return the aforementioned documents in order for Defendants to discharge their obligations under the Supplemental Protective Order.

Dated: December 2, 2020                Respectfully submitted,

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld, NY State Bar No. 4500898
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
212-230-8800
alan.schoenfeld@wilmerhale.com

Adam M. Cambier, MA State Bar No. 690525
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
617-526-6000
adam.cambier@wilmerhale.com

Pressly M. Millen, NC State Bar No. 16178
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
919-755-2100
press.millen@wbd-us.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A., and Chase Bank USA, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2020, the foregoing document has been electronically filed using the CM/ECF system, which will send notification of such filing to the following:

Kieran J. Shanahan
Brandon S. Neuman
Christopher S. Battles
Shanahan Law Group, PLLC
128 E. Hargett Street, Third Floor
Raleigh, North Carolina 27601
919-856-9494
kieran@shanahanmcdougal.com
bneuman@shanahanmcdougal.com
cbattles@shanahanmcdougal.com

Knoll D. Lowney
Smith & Lowney, PLLC
2317 E. John Street
Seattle, Washington 98112
206-860-2883
knoll@smithandlowney.com

Mark A. Griffin
Raymond J. Farrow
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
206-623-1900
mgriffin@kellerrohrback.com
rfarrow@kellerrohrback.com

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld