IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-298-BO

GARY AND ANNE CHILDRESS,
RUSSELL AND SUZANNAH HO,
MICHAEL CLIFFORD, DAVID
CAVENDER, RUSTY DAVIS,
CHRISTOPHER DERINGER,
CHRISTINA DUNCAN, ROBIN HINSON,
and DAVID ORTIZ on behalf of themselves
and others similarly situated,

Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., and
CHASE BANK USA, N.A.,

Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE *CY PRES* RECIPIENT

Plaintiffs Gary and Anne Childress, Russell Ho, Michael Clifford, David Cavender, Rusty Davis, Christopher Deringer, Christina Duncan, Robin Hinson, and David Ortiz ("Plaintiffs") having moved this Court, and for good cause shown, IT IS SO ORDERED that:

The Administrator shall complete the Settlement Process by paying all remaining costs and distributing remaining amounts in the Settlement Fund as *cy pres* to the Stephen Siller Tunnel to Towers Foundation, to provide services to servicemembers and veterans, as described in the *cy pres* letter attached to Plaintiffs' motion. After completion of such expenditures, the Stephen Siller Tunnel to Towers Foundation shall submit a report to the parties, who shall file a copy of said report to this Court.

1

It is so ordered this the __20__ day of __June__, 2023.

_____
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2